DREMA CAMBRE AND SANDTRELL
BRODEN INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED

VERSUS

RIVERLANDS HOME GROUP, L.L.C.
D/B/A CHATEAU ST. JAMES REHAB AND
RETIREMENT AND PRIORITY
MANAGEMENT GROUP, L.L.C.

NO. 24-C-218

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

August 21, 2024

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

**DENIED.**

**SMC**
**FHW**
**JGG**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/21/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-218**

### E-NOTIFIED

23rd Judicial District Court (Clerk)
Honorable Steven C. Tureau (District Judge)

| | | |
|---|---|---|
| Christopher T. Whelen (Respondent) | Jordan M. Jeansonne (Respondent) | Stephen M. Huber (Respondent) |
| Barbara B. Melton (Relator) | Jimmy R. Faircloth, Jr. (Relator) | |

### MAILED

Matthew M. Coman (Respondent)
Attorney at Law
400 Poydras Street
Suite 2045
New Orleans, LA 70130

Ronald E. Raney (Relator)
Attorney at Law
8670 Box Road
Building A
Shreveport, LA 71106